MURRAY v. DEVANNEY et al. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Joseph Murray against Owen Devanney and others. With this

case has been consolidated in this court cases bearing titles as follows: Joseph N. Flynn v. Hanover Fire Ins. Co. (see, also, 67 Misc. Rep. 117, 121 N. Y. Supp. 621); Butler & Herman Co. v. Jacob Meth (see, also, 122 N. Y. Supp. 271); Joseph Levy et al. v. Philip Solomon; Franklin P. Duryea v. Ernestus Gulick. No opinions. Applications denied, with $10 costs. Orders signed.